**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Leroy BRADLEY, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 13, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of November, 2013, the Petition for Allowance of Appeal and Motion to Withdraw are **DENIED.**

Justice STEVENS did not participate in the consideration or decision of this matter.